## Christine De Salvo, Appellee, v. Thomas De Salvo, Appellant.
## Christine De Salvo, Defendant in Error, v. Thomas De Salvo, Plaintiff in Error.

### Gen. Nos. 46,565, 46,601. (Abstract of Decision.)

First District, First Division.

June 13, 1955.

Rehearing denied September 12, 1955.

Released for publication September 15, 1955.

Herbert M. Wetzel, and Arthur Frankel, for appellant and plaintiff in error; Demetri M. Spiro, of counsel; Nathan M. Gomberg, for appellee and defendant in error; Sidney D. Missner, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.